# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOY H. NICHOLAS                                          PLAINTIFF

v.                       4:08CV00647-WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                         DEFENDANT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 16th day of July, 2009.

                                                        /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE