**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOY H. NICHOLAS											PLAINTIFF

v.								4:08CV00647-WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration									DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

Dated this 16th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE